UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AUSTIN D. WHITSITT,<br><br>　　　　　　Defendant. | 5:22-MJ-00028-DW<br><br><br>ORDER REQUIRING RESPONSIVE BRIEFING |

　　Defendant filed a *pro se* Motion to Dismiss (Doc. 3). Pursuant to D.S.D. Crim. LR 47.1(C), "On or before 7 calendar days after service of a motion and brief, unless otherwise specifically ordered by the court, all opposing parties must serve and file a responsive brief containing opposing legal arguments and authorities in support thereof." Defendant's Motion to Dismiss was filed on March 28, 2022, making the Government's responsive briefing due on April 4, 2022. To assist the court in resolving the legal issues presented therein, the court orders the Government to submit a responsive brief. Accordingly, it is hereby

　　ORDERED that on or before April 7, 2022, the Government shall file a responsive brief addressing the above-named motion.

　　DATED this 31st day of March, 2022.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　*/s/ Daneta Wollmann*
　　　　　　　　　　　　　　DANETA WOLLMANN
　　　　　　　　　　　　　　United States Magistrate Judge